```
SEVERA KEITH, SBN 218167
LAW OFFICES OF SEVERA KEITH
179 11th Street, Second Floor
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 865-0376 - Facsimile

Attorney for Defendant
LATASHA RINGO
```

FILED

JAN 3 1 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LATASHA RINGO,<br><br>    Defendant. | No. CR12-00816 PJH<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME UNDER<br>THE SPEEDY TRIAL ACT AND<br>RESETTING STATUS HEARING |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Michael Pitman, and the defendant through her attorney, Severa Keith, that time be excluded from January 22, 2013 to February 20, 2013 for effective preparation of counsel. As was stated in court on January 22, 2013, at defense counsel's appointment in this case, after the Federal Public Defender was relieved due to a conflict, the defense has received discovery from the government consisting of one DVD, and approximately five hundred printed pages. Defense counsel requires additional time to review the

*Ringo: Stipulation to Exclude Time and Reset Status Hearing; [Proposed] Order*

1  produced discovery and conduct necessary investigation.  The parties agree that the
2  delay is not attributable to lack of diligent preparation on the part of the attorney for the
3  government or defense counsel.  For these reasons, the parties request that time under
4  the Speedy Trial Act be excluded based on the defense's need for reasonable time
5  necessary for effective preparation, taking into account the exercise of due diligence.
6       For the same reasons, the parties agree to reset the Status Hearing scheduled on
7  January 30, 2013 to February 20, 2013, at 2:30 p.m.

9  IT IS SO STIPULATED:

11  Dated: January 22, 2013

Respectfully Submitted,
_____/s/_____
Severa Keith CSBN: 218167
Attorney for Defendant
LATASHA RINGO
179 11th Street, 2nd Floor
San Francisco, CA 94103
(415) 626-6000
severakeith@gmail.com

18  Dated: January 22, 2013

_____/s/_____
Michael Pitman
Assistant U.S. Attorney
Office of The U.S. Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-6745
Michael.pitman@usdoj.gov

23  //
24  //
25  //
26  //
27  //
28  //

*Ringo: Stipulation to Exclude Time and Reset Status Hearing; [Proposed] Order*

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, the Court finds that failing to exclude the time between January 22, 2013 and February 20, 2013 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 22, 2013 and February 20, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between January 22, 2013 and February 20, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§3161(h)(7)(A) and (B)(iv). It is also ordered, for the same reasons, that the Status Hearing set for January 30, 2013 be reset to February 20, 2013, at 2:30 p.m.

DATED: January 30, 2013

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

*Ringo: Stipulation to Exclude Time and Reset Status Hearing; [Proposed] Order*