SEVERA KEITH, SBN 218167
LAW OFFICES OF SEVERA KEITH
179 11th Street, Second Floor
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 865-0376 - Facsimile

Attorney for Defendant
LATASHA RINGO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LATASHA RINGO,<br><br>Defendant. | No. CR12-00816 PJH<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE AND APPEARANCE |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its attorney, Michael Pitman, and the defendant through her attorney, Severa Keith, that the Conditions of Release and Appearance, dated November 27, 2012, and previously modified on December 11, 2012, be further modified to permit defendant's travel

*Ringo: Stipulation to Modify Conditions of Release and Appearance; Order*

1

between the Northern District of California and Las Vegas, Nevada from May 3, 2013 through May 6, 2013, for the purpose of a family visit with defendant's Godchildren. Pretrial Services Officer Betty Kim has no objection to this travel, on the condition that defendant provide Pretrial Services with defendant's travel itinerary and Las Vegas address prior to travel.  All other Conditions of Release and Appearance will apply during these dates.

IT IS SO STIPULATED:

Dated: April 22, 2013			Respectfully Submitted,
					           /s/
					Severa Keith CSBN: 218167
					Attorney for Defendant
					LATASHA RINGO
					179 11th Street, 2nd Floor
					San Francisco, CA 94103
					(415) 626-6000
					severakeith@gmail.com


Dated: April 22, 2013			           /s/
					Michael Pitman
					Assistant U.S. Attorney
					Office of The U.S. Attorney
					450 Golden Gate Avenue, Box 36055
					San Francisco, CA 94102
					(415) 436-6745
					Michael.pitman@usdoj.gov

//
//
//
//

*Ringo: Stipulation to Modify Conditions of Release and Appearance;  Order*

//
//
//
//
//
//
//

**ORDER**

IT IS HEREBY ORDERED that the Conditions of Release and Appearance in this matter, dated November 27, 2012, and previously modified on December 11, 2012, be further modified to allow for defendant's travel between the Northern District of California and Las Vegas, Nevada, from May 3, 2013 through May 6, 2013, as indicated in the Stipulation of Counsel attached hereto.

DATED: April 23, 2013

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

*Ringo: Stipulation to Modify Conditions of Release and Appearance;  Order*