# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

## Report on Offender Under Supervision

**Name of Offender**
Latasha Ringo

**Docket Number**
0971 4:12CR00816-001 PJH

**Name of Sentencing Judge:** The Honorable Phyllis J. Hamilton
Chief United States District Judge

**Date of Original Sentence:** November 20, 2013

**Original Offense**
Count One: Conspiracy to File False Claims, 18 U.S.C. § 286, a Class C Felony.

**Original Sentence:** Three years probation
**Special Conditions:** Special assessment $100.00; restitution $403.88; alcohol treatment; mental health treatment; abstain from use of alcoholic beverages; access to financial information; not aid or assist in the preparation of any federal income tax returns for anyone, other than herself; not knowingly possess personal identify information of individuals other than family members; not to possess any firearms, ammunition, destructive devices or other dangerous weapons; search; DNA collection.

**Type of Supervision**
Probation
**Assistant U.S. Attorney**
Michael G. Pitman

**Date Supervision Commenced**
November 20, 2013
**Defense Counsel**
Severa Laurance Keith (Appointed)

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the condition that the defendant shall not commit another federal, state or local crime. |
| | According to Hayward Police Department crime report number 2014-00037353, on May 18, 2014, officers initiated a traffic enforcement stop on a vehicle being driven by Latasha Ringo for slow speed, sudden stopping and cutting off the officer on two occasions. When |

**RE:** Ringo, Latasha  2
0971 4:12CR00816-001 PJH

the offender was contacted by officers and they inquired if everything was okay, the offender hung her head and said, "No, you got me." The officer observed the offender had bloodshot and droopy eyes and detected a smell of alcohol from her person. The officer inquired if she was drinking and the offender stated, "yeah".

The officer attempted to administer a breathalyzer test; however the offender refused to submit to a alcohol test. Upon a record check, it was noted the offender's driver's license was suspended.

Based on the officers' training and expericnce, the offender was arrested based on her signs and symptoms of intoxication, her admission to consuming alcohol and her driving prior to the traffic stop.

The offender was transported and booked into Santa Rita County Jail.

On June 12, 2014, a criminal complaint was filed in California Superior Court, Hayward Hall of Justice in Docket number 457240.

On August 15, 2014, the offender pled no contest to violation of California Vehicle Code Section 12951, Failing to Present a Drivers License, an infraction.

Evidence to support this charge is contained in Hayward Police Department crime report number 2014-00037353.

Two    There is probable cause to believe that the offender violated special condition number two that the defendant shall abstain from the use of alcoholic beverages.

On May 18, 2014, Hayward Police Department officers initiated a traffic enforcement stop. The offender admitted to alcohol consumption.

Evidence to support this charge is contained in Hayward Police Department crime report number 2014-00037353.

RE:  Ringo, Latasha  3
     0971 4:12CR00816-001 PJH

## Action Taken and Reason

Latasha Ringo commenced her term of probation on November 13, 2013 and this is her first violation of probation. Ms. Ringo has voiced remorse of her conduct and has acknowledged the seriousness of her conduct. Since the commencement of her probation term, Ms. Ringo has maintained employment without incident. She has been attending mental health counseling since January of 2014 at East Bay Recovery Project in Hayward, California and according to her therapist she has been progressing and making great strides in treatment.

Mr. Ringo will be subject to random breathalyzer tests at home and during office visits. It is respectfully requested the Court take judicial notice of the violation conduct.

The Assistant U.S. Attorney has been notified and there are no objections.

Respectfully submitted,                          Reviewed by:

_____         _____
Shaheen Shan                                     Alton P. Dural Jr.
U.S. Probation Officer                           U.S. Probation Officer Specialist
Date Signed: June 17, 2015

---

THE COURT ORDERS:

- ☑ The Court concurs and takes judicial notice
- ☐ Submit a request to modify supervision
- ☐ Submit a request for a warrant
- ☐ Submit a request for summons
- ☐ Other:

 June 18, 2015
_____        _____
Date                                             Phyllis J. Hamilton
                                                 Chief United States District Judge